

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2015

No. 04-15-00072-CV

**IN THE INTEREST OF C.M.O.**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01068
Honorable Dick Alcala, Judge Presiding

# O R D E R

Appellant attempts to appeal from a final order terminating her parental rights. An appeal from such an order is accelerated. *See* TEX. FAM. CODE ANN. § 263.405(a). The trial court signed the order of termination on January 20, 2015. Because this is an accelerated appeal, the notice of appeal was due on February 9, 2015. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on February 17, 2015. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, she did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are suspended until further order of this court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2015.

Keith E. Hottle
Clerk of Court

